# NOTICE OF APPEAL

## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MITCHELL DANYELL BANKS,
    Plaintiff,

V.

W.M. EVANS, Deputy,
    Defendant.

Case Number: 1:22-CV-00602

William L. Osteen, Jr.,
United States District Judge

---

    Notice is hereby given that <u>Mitchell Danyell Banks</u>, appearing pro se "paper writing" in the above captioned, appeals to the <u>District Court</u>, <u>Middle District</u> from the judgment, <u>William L. Osteen, Jr.</u> entered in this action on <u>January 16, 2025</u>.

This appeal concerns: Excessive Force, Violation of plaintiff's Fourth Amendment.

Defendant found not guilty by trial.

Offense occurred February 19, 2020.

Appellee is not represented by counsel.

Respectfully Submitted this the <u>20th</u> day of January 2025.

/s/ *Mitchell Danyell Banks*

PAGE 1 of 1